UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

TROY DALE HELSER
RHONDA JEAN HELSER
Debtors

CASE NUMBER: 10-35179
CHAPTER 13

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on March 23, 2011.

On November 9, 2010, Troy and Rhonda Helser, by counsel, filed their Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller and Creditor Ford Motor Credit Company, LLC ("FMCC") were the only parties in interest who timely filed objections to confirmation of the Debtors' Plan. On January 27, 2011, the Court held a hearing on confirmation of the Plan at which time, Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtors, thereby satisfying the objections to confirmation.

Reviewing the Debtors' Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal or discharge.

3. BAC Home Loans Servicing, the first mortgage holder on the real estate that is the Debtors' residence, has not filed a claim. Trustee reserves the right to seek to modify the mortgage if the documentation shows issues with perfection or securitization.

4. Debtors' plan is hereby modified to provide for payment in full to all unsecured creditors who timely file allowed claims. The Trustee reserves the right to object to the Debtors' disposable income/means test deductions should the Debtors later seek to modify the Plan to reduce the dividend to unsecured creditors.

5. The secured claim of HSBC Bank Nevada, Court Claim 7, shall be paid as filed and allowed through the Trustee conduit.

6. FMCC shall be paid a secured claim of $8,885.02 together with 5.00% interest concerning the 2004 Ford Explorer through the Trustee conduit with equal monthly payments of no less than $168.00, beginning with the initial post-confirmation distribution and continuing until FMCC's claim is paid in full.

7. FMCC shall be paid a secured claim of $27,300.00 together with 5.00% interest concerning the 2008 Ford Expedition through the Trustee conduit with equal monthly payments of no less than $513.39 beginning with the initial post-confirmation distribution and continuing until FMCC's claim is paid in full.

8. Payments shall be $3,000.00 per month with $1,679.00 of the payment for non-conduit mortgage payments each month. Upon notice of a monthly conduit payment change, Debtors have a duty to change their monthly payment accordingly.

All other provisions of the Debtors' Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtors' attorney is awarded a fee of $3,500.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $2,775.00 is due and payable from the estate.

APPROVED:

/s/ Debra L. Miller
Debra L. Miller
Standing Chapter 13 Trustee

/s/ Tyler S. Haines
Tyler S. Haines
Attorney for Debtors

/s/ Harley K. Means
Harley K. Means
Attorney for Creditor, Ford Motor Credit Company, LLC

SO ORDERED.

HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT